**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOANN COLWELL**                                                  **PLAINTIFF**

**VS.**                    **NO. 1-07-cv-00010 BSM**

**SHELTER MUTUAL INSURANCE COMPANY and**
**ARKANSAS SCHOOL BOARDS ASSOCIATION**
**WORKERS COMPENSATION TRUST**                          **DEFENDANTS**

## **JUDGMENT**

Pursuant to the consent order of dismissal, all claims are hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
Hon. Brian S. Miller
United States District Judge

Dated: December 11, 2008